| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF NEW YORK | AFFIDAVIT OF SERVICE<br>ATTORNEY: ALSTATE PROCESS<br>FF/INDEX #:<br>DATE FILED: 07 CIV 8055<br>DOCKET #: |

ANTONIA RAMON

Plaintiff(s)/Petitioners(s)

- AGAINST -

GRETCHEN P. CAMPBELL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **9/28/07** at **11:10 AM** at **2 SPRINGSTEEN COURT STONY POINT, NY 10980**

deponent served the within **SUMMONS, COMPLAINT AND CIVIL COVER SHEET**

on **GRETCHEN P. CAMPBELL** therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BROWN HAIR, 28-30 YRS., 5'5"-5'6", 120-125 LBS.**

Other identifying features:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **10/1/07**

_RUBEN RIESGO_

| | | |
|---|---|---|
| JOHN GOULD<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES JULY 15, 20__<br>01G05013764 | JOANN JOHNSON<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES AUGUST 15, 20__<br>01J05031856 | KATHLEEN GOULD<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES NOVEMBER 30, 20__<br>4632958 |