UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIO ROMAN,

                        Plaintiff,

           - against -

GRETCHEN P. CAMPBELL,

                       Defendant.
------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8055 (CLB) (GAY)

      The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Settlement*

**_X_** Inquest After Default/Damages Hearing

\_\_\_ All purposes permitted by law

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
         October 30, 2007

                                                _Charles Brieant_
                                             United States District Judge