UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTONIO ROMAN,

                Plaintiff,                    **ORDER**

      -against-                       07 Civ. 8055 (CLB)(GAY)

GRETCHEN P. CAMPBELL,

                Defendant.

-----------------------------------------------------------------x

    IT IS HEREBY ORDERED, that all parties submit to this Court any supporting documents and/or memoranda that will assist the Court in determining the alleged default of defendant Gretchen P. Campbell and the amount of damages to be awarded based on said default. The papers shall be filed with the Clerk of the Court, with a courtesy copy to chambers on or before November 26, 2007.

    A hearing will be held at Courtroom 118, U.S. Courthouse, White Plains on December 6, 2007 at 10:00 a.m. The names of the witnesses who will be testifying at the hearing shall be provided to chambers by the aforesaid November 26, 2007 date.

                                       SO ORDERED:

Dated: November 1, 2007
White Plains, New York

                                       GEORGE A. YANTHIS, U.S.M.J.