# VLOCK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169-0199

TEL: (212) 557-0020
FAX: (212) 557-7283

November 27, 2007

BY FAX

Mr. Philip Aglietti, Esq.
Buratti, Kaplan, McCarthy & McCarthy
One Executive Boulevard, Suite 280
Yonkers, New York 10701

Re: Antonia Roman v. Gretchen Campbell
Case No. 07 cv 8055 (CLB)(GAY)

Dear Mr. Aglietti:

As per the instruction of Alice Cama of Judge Brieant's chambers, the initial Case Management Conference before Judge Brieant, previously scheduled for December 7, 2007, is now adjourned pending the Court's determination as to the default by Defendant and/or the amount of damages. We will notify Judge Brieant of the outcome of the matters pending before Magistrate Judge Yanthis.

Please mark your calendar accordingly.

Very truly yours,

Steven Giordano

cc:   Honorable Charles L. Brieant