## VLOCK & ASSOCIATES, P.C.
ATTORNEYS AT LAW

230 PARK AVENUE  
NEW YORK, N.Y. 10169-0199

TEL: (212) 557-0020  
FAX: (212) 557-7283

November 21, 2007

*[Stamp: MEMO ENDORSED — Application Granted. So Ordered. Nov 27, 2007] USDJ*

Honorable Charles L. Brieant  
United States Courthouse  
300 Quarropas Street, Room 275  
White Plains, New York 10601

Re: Antonia Roman v. Gretchen Campbell  
Case No. 07 cv 8055 (CLB)(GAY)

Dear Judge Brieant:

My office represents the Plaintiff, Antonia Roman, in the above-referenced matter. I am writing to you regarding the initial Case Management Conference, currently scheduled for December 7, 2007 at 9:00 a.m. For the following reasons, the parties hereby request an adjournment of the said Conference pending the determination of Magistrate Judge Yanthis on the issues of the Defendant's default and damages in this matter.

As Your Honor is aware, after the time for Defendant to Answer had expired, my office submitted a proposed Default Judgment and accompanying papers on or about October 21, 2007. Subsequently, the matter was referred to Magistrate Judge Yanthis to hear and report on the default and the amount of damages. Magistrate Judge Yanthis then set this matter for a hearing on December 6, 2007.

Thereafter, my office received a late Notice of Appearance and Answer by counsel for the Defendant, which was filed on or about November 16, 2007. On November 19, 2007, counsel for all sides had a telephone conference with Magistrate Judge Yanthis and discussed the issues in this case. As a result, the parties will submit papers and appear for a hearing on the issue of Defendants' default on December 6, 2007 before Magistrate Judge Yanthis. It is my understanding that, depending on the Court's determination at that time regarding the default in this case, we will either start discovery or have a subsequent hearing on the amount of damages.

As such, the parties agreed that the initial Case Management Conference before Your Honor should be adjourned pending the Court's determination as to the default by Defendant and/or the amount of damages. Accordingly, it is respectfully requested that the said Conference be adjourned pending the determination by Magistrate Judge Yanthis.

VLOCK & ASSOCIATES, P.C.

Thank you for your consideration of the above.

                                        Very truly yours,

                                        Steven Giordano

cc:   Philip Aglietti, Esq.