UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTONIA ROMAN,

                                  Plaintiff,

     -against-

GRETCHEN P. CAMPBELL,

                                Defendant.
-------------------------------------------------------------------X

Case No.:  07 CIV 8055
(CLB) (GAY)

**AFFIRMATION IN
OPPOSITION TO
PLAINTIFF'S
APPLICATION FOR A
<u>DEFAULT JUDGMENT</u>**

     **PHILIP M. AGLIETTI,** an attorney duly admitted to practice law in the Courts of the State of New York, affirms the following under the penalties of perjury;

     1.    I am an attorney associated with **BURATTI, KAPLAN, McCARTHY & McCARTHY,** attorneys for defendant, **GRETCHEN P. CAMPBELL**, in the above entitled matter and as such, I am fully familiar with the facts and circumstances of this matter based upon the file maintained in your affirmant's office.

     2.    This affirmation is respectfully submitted in opposition to plaintiff's application seeking a default judgment against the defendant.

     3.    Plaintiff's action arose from a motor vehicle accident of July 14, 2006 on Route 59 West near the off-ramp of northbound Route 304.   The plaintiff was a passenger in a motor vehicle driven by a non-party to this action.  A copy of the police accident report for the accident is annexed hereto as **Exhibit "A"**.

     4.    Plaintiff's action was commenced by the service of a Summons and Complaint upon the defendant on September 28, 2007.  An Answer was served on the plaintiff on October 30, 2007.  Service of the Answer was twelve days late.  A copy of the Answer is annexed hereto as **Exhibit "B"**.

5.      Plaintiff's application for the default judgment is dated a week earlier, October 23, 2007, five days after the Answer's due date.

6.      The twelve-day delay in serving the Answer resulted from the time it took for the defendant to provide the Complaint to her carrier, for the carrier to assign the case to my office and my preparation of the Answer.

7.      My failure to contact plaintiff's counsel and advise him of the delay was inconsiderate to counsel, inconsiderate to this Court and a mistake.

8.      In the case at bar, the clerk entered the defendant's default after notice by the plaintiff. A hearing has been scheduled to determine the alleged default. A default judgment has not been entered.

9.      This Court may set aside a default for good cause shown. F.R.C.P. 55(c).

10.     The defendant respectfully requests that the entry of default be set aside.

11.     The United States Court of Appeals for the Second Circuit has held that the criteria for setting aside a default is less rigorous than an application to vacate a default judgment. American Alliance Ins. Co. Ltd. v. Eagle Ins. Co., 92 F3d 57 (2d cir., 1996).

12.     There is a preference for resolving disputes on their merits at trial. In an application to set aside a default or to vacate a default judgment, the Court will consider whether the default was willful; whether the defaulting party has a meritorious defense; and how the plaintiff will be prejudiced by setting aside the default. S.E.C. v. McNulty, 137 F3d 732 (2d Cir., 1998) and Brien v. Kullman Industries, 71 F3d 1073 (2d Cir., 1995).

13.     A default was willful when a defendant willfully refuses to respond to a

complaint. I.L.G.W.U. Nat. Retirement Fund v. Meredith Gray, Inc., 986 F. Supp 816 (SDNY, 1997). In the case at bar, there was a delay in answering. There was no refusal to Answer after a court order or a request from the plaintiff.

14.    The Answer at bar was served twelve days late. It is respectfully submitted that the delay was not due to defendant's egregious conduct and has been explained.

15.    It is further submitted that the defendant has a meritorious defense. As can be seen from the annexed police report, the plaintiff was passenger in a vehicle driven by a non-party to this action. While the defendant may bear some responsibility for the accident, the plaintiff's host driver may need to be added to this action.

16.    Furthermore, the medical records provided by the plaintiff indicate that plaintiff alleges that, as a result of the accident, she suffered a cervical sprain/strain; a non-displaced 9th lateral right rib fracture and a right hand contusion.

17.    Plaintiff appeared for eight physical therapy sessions from August 22 to October 15, 2006. An examination by Dr. A. Louis Mariorenzi, performed at the request of the plaintiff's no-fault carrier on October 31. 2006, shows that plaintiff had fully recovered from her alleged injuries. See copies of medical records annexed hereto as **Exhibit "C"**.

18.    It is respectfully submitted that there is ample medical evidence to questions whether the amount in controversy exceeds the sum of $75,000.

19.    To set aside the default, the defendant must provide a sufficient showing of a meritorious defense and need not establish her defense conclusively. S.E.C. v. McNulty, supra.

20.    Lastly, it is respectfully submitted that setting aside the default will not prejudice the plaintiff.  Delay alone is not sufficient to establish prejudice unless the delay leads to a loss of evidence or increased difficulties in retrieving evidence. I.L.G.W.U. Nat Retirement Fund v. Meredith Gray, Inc., supra.  Such is not the case at bar.

21.    It is respectfully requested, therefore, that the twelve day delay in Answering the Complaint be excused and that the default be set aside.

Dated: Yonkers, New York
       November 28, 2007

PHILIP M. AGLIETTI (PMA 7801)

***********************************************************************************

# *EXHIBIT*

## *"A"*

***********************************************************************************

Page  1 of 1  New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (3/04)

Local Codes
06-19188

MTG222000038

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 7 | Day 14 | Year 2006 | Friday | 12:51 | 2 | 1 | 0 | Accident Reconstructed ☐ | | ☐ Yes ☒ No |

## VEHICLE 1

☒ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number 434628154 | State of Lic NY | VEHICLE 2 - Driver License ID Number 435365508 | State of Lic NY |
|---|---|---|---|
| Driver Name - exactly as printed on license NELSON, MARIA | | Driver Name - exactly as printed on license CAMPBELL, GRETCHEN P | |
| Address (Include Number and Street) 27 JF KENNEDY DRIVE | Apt. No. | Address (Include Number and Street) 3 SPRINGSTEEN CT | Apt. No. |
| City or Town STONY POINT | State NY | Zip Code 10980 | City or Town STONY POINT | State NY | Zip Code 10980 |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 7 | Day 8 | Year 1971 | F | ☐ | 04 | ☐ | Month 3 | Day 22 | Year 1968 | F | ☐ | 01 | ☐ |

| Name - exactly as printed on registration BEALS, ROSEMARY E | Sex F | Date of Birth Month 12 | Day 5 | Year 1949 | Name - exactly as printed on registration CAMPBELL, GRETCHEN P | Sex F | Date of Birth Month 3 | Day 22 | Year 1968 |
|---|---|---|---|---|---|---|---|---|---|
| Address (Include Number and Street) 27 JF KENNEDY DR | Apt. No. | Haz. Mat. – | Released ☐ | Address (Include Number and Street) 3 SPRINGSTEEN CT | Apt. No. | Haz. Mat. Code – | Released – |
| City or Town STONY POINT | State NY | Zip Code 10980 | City or Town STONY POINT | State NY | Zip Code 10980 |

| Plate Number CBW6342 | State of Reg. NY | Vehicle Year & Make 1998 TOYT | Vehicle Type 4DSD | Ins. Code 011 | Plate Number GRETCH22 | State of Reg. NY | Vehicle Year & Make 2005 NISS | Vehicle Type 4DSD | Ins. Code 607 |
|---|---|---|---|---|---|---|---|---|---|
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) | | | | |
| Violation Section(s) | | | | | Violation Section(s) | | | | |

VEHICLE 1
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 2
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

### VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact [5]  [5]
Box 2 - Most Damage [1]  [5]
Enter up to three more damage codes [3]  [4]  [5]
Vehicle By Towed: To

### VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact [1]  [1]
Box 2 - Most Damage [1]  [2]
Enter up to three more damage codes [3]  [12]
Vehicle By Towed: To

Circle the diagram below that describes the accident, or draw your own diagram in space #9.  Number the vehicles.

Rear End | Left Turn | Right Angle | Right Turn | Head On
Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite direction)

## ACCIDENT DIAGRAM

See the last page for the accident diagram.

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Cost of repairs to any one vehicle will be more than $1000
☒ Unknown/Unable to determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 5 9 | Lattitude/Northing | County ROCKLAND   ☐ City   ☐ Village   ☒ Town   of CLARKSTOWN |
| 8 5 0 1 | | Road on which accident occurred ROUTE 59 |
| 1 1 0 1 | Longitude/Easting | at 1) intersecting street ROUTE 304 NORTHBOUND OFF RAMP |
| | | or 2) ___ feet ___ miles ☐N ☐S ☐E ☐W of ___ (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's notes
VEHICLE 1 WESTBOUND ON ROUTE 59 IN RIGHT LANE. VEHICLE 2 ENTERING WESTBOUND ROUTE 59 FROM NORTHBOUND ROUTE 304 OFF RAMP. VEHICLE 2 STRUCK THE PASSENGER SIDE OF VEHICLE 1. REAR RIGHT PASSENGER, ROMAN 88 YOA, TRANSPORTED TO NYACK HOSPITAL BY NANUET AMBULANCE AFTER COMPLAINING OF CHEST PAIN.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 35 | F | | | | | | NELSON, MARIA | |
| B | 1 | 3 | 4 | 1 | 56 | F | – | | | | | BEALS, ROSEMARY | |
| C | 1 | 6 | 1 | 1 | X | F | 05 | 12 | 6 | NANUET | 4303 | ROMAN, ANTONIA | |
| D | 1 | 4 | 4 | 1 | X | F | | | | | | NELSON, MARITZA | |
| E | 2 | 1 | 4 | 1 | 38 | F | | | | | | CAMPBELL, GRETCHEN P | |

| Officer's Rank and Signature POLICE O____ | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Print Name In Full CHRISTOPHER G MALONEY | 450 | 04350 | | 08 | RUDDEN, LAWRENCE | 7/18/2006 09:38 |

Page 2 of 2 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (3/04)

| Local Codes |
|---|
| 06-19188 |
| MTG222000038 |

☐ *AMENDED REPORT*

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Friday | 12:51 | 2 | 1 | 0 | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |
| 7 | 14 | 2006 | | | | | | | | |



Route 59 West

North

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ANTONIA ROMAN,

Case No.: 07 CIV 8055
(CLB)

Plaintiff,

**NOTICE OF
APPEARANCE AND
ANSWER**

-against-

GRETCHEN P. CAMPBELL,

Defendant.

-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the Defendant, **GRETCHEN P. CAMPBELL**, hereby

appears in this action by her attorneys, **BURATTI, KAPLAN, McCARTHY & McCARTHY**,

and interposes the following Notice of Appearance and Answer to Complaint of the

Plaintiff, **ANTONIA ROMAN**, as follows:

## ANSWERING THE CAUSE OF ACTION

The Defendant alleges that she is without knowledge or information sufficient to

form a belief as to the truth of the allegations contained in Paragraphs numbered "1" and

"5" in the complaint.

The Defendant denies upon information and belief the allegations contained in

Paragraphs "9", "10", "11", "14", "15", "16" and "17" in the complaint.

The Defendant denies upon information and belief the allegations contained in

Paragraphs numbered "3", "4", "12" and "13" in the complaint and respectfully refers this

matter to the trial Court as a question of law.

The Defendant denies upon information and belief the allegations contained in

Paragraph numbered "8" in the complaint except to admit contact.

**AS AND FOR A FIRST SEPARATE, AFFIRMATIVE AND COMPLETE
DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION,
DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES UPON
INFORMATION AND BELIEF:**

That any verdict in the within action, for past, present and future medical care,

dental care, custodial care, or rehabilitation services, loss of earnings or other economic

loss, should be reduced by the amount that any such expense has or will with reasonable

certainty be replaced or indemnified in whole or in part from any collateral source, in

accordance with the provisions and limitations of Section 4545(c) of the New York State

CPLR.

**AS AND FOR A SECOND SEPARATE, AFFIRMATIVE AND COMPLETE
DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION,
DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES UPON
INFORMATION AND BELIEF:**

Plaintiff, **ANTONIA ROMAN**, has failed to sustain a serious physical injury as

defined by Article 51 of the Insurance Law of the State of New York.

**AS AND FOR A THIRD SEPARATE, AFFIRMATIVE AND COMPLETE
DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION,
DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES UPON
INFORMATION AND BELIEF:**

Plaintiff, **ANTONIA ROMAN**, is limited to recovery for basic economic loss as

provided for by the no-fault provisions of Article 51 of the Insurance Law of the State of

New York.

**AS AND FOR A FOURTH SEPARATE, AFFIRMATIVE AND COMPLETE
DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION,
DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES UPON
INFORMATION AND BELIEF:**

Any damages sustained by the Plaintiff, **ANTONIA ROMAN**, were caused by the

culpable conduct of the Plaintiff, including contributory negligence or assumption of risk,

and not by the culpable conduct or negligence of the third-party defendant.

### AS AND FOR A FIFTH SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION, DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES UPON INFORMATION AND BELIEF:

Plaintiff, **ANTONIA ROMAN**, failed to use or misused available seat belts, and

thereby contributed to the alleged injuries.

**WHEREFORE**, the defendant demands judgment dismissing this Complaint,

together with the costs and disbursements of this action.

Dated: Yonkers, New York
     October 30, 2007

> Yours, etc.
> **BURATTI, KAPLAN, McCARTHY & McCARTHY**
>
> By: _____
>     PHILIP M. AGLIETTI (PMA 7801)
> Attorney for Defendant
> **GRETCHEN P. CAMPBELL**
> One Executive Boulevard, Suite 280
> Yonkers, New York 10701
> (914) 378-3900
> Our File No.: 21937

To:    **VLOCK & ASSOCIATES, P.C.**
       Attorneys for Plaintiff
       230 Park Avenue
       New York, New York 10169
       (212) 557-0020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTONIA ROMAN,

                        Plaintiff,

    -against-

GRETCHEN P. CAMPBELL,

                       Defendant.

------------------------------------------------------------------X

Case No.:  07 CIV 8055
         (CLB)

**AFFIRMATION OF
SERVICE**

**STATE OF NEW YORK**    )
                                     )**:SS.:**
**COUNTY OF WESTCHESTER**  )

      **VINCENT P. MOLLICONE,** being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Putnam County.

      On October 30, 2007, deponent served the within **NOTICE OF APPEARANCE AND ANSWER,** upon the following attorneys in this action, at the addresses indicted below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    Vlock & Associates, P.C.
        230 Park Avenue
        New York, New York 10169

                                      **VINCENT P. MOLLICONE**

Sworn to before me on this
October 30, 2007.

**CYNTHIA R. FRETWELL**
Notary Public, State of New York
**No. 01FR6132272**
Qualified in Westchester County
Commission Expires **August 22, 2009**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 07 CIV 8055  (CLB)

ANTONIA ROMAN,

                         Plaintiff,

       - against -

GRETCHEN P. CAMPBELL,

                         Defendant.

## NOTICE OF APPEARANCE AND ANSWER

**BURATTI, KAPLAN, McCARTHY & McCARTHY**
**ATTORNEYS AND COUNSELORS AT LAW**
**ATTORNEYS FOR DEFENDANT**
**ONE EXECUTIVE BOULEVARD, SUITE 280**
**YONKERS, NEW YORK  10701**
**(914) 378-3900**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT

## "C"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Martin J. Kerzer, D.O.
857 Post Road
Warwick, RI 02888

Report Date
Patient: Antonia  Roman
Visit: 239522
Date: 08/01/06
Examiner: Martin Kerzer, D.O.

Vitals
======
BP: 124/90  Pulse Rate: 60  Temp: 97.8  Ht: 60.5 Inches Wt: 160 Lb

  HISTORY:

  Antonia Roman presents with her granddaughter who states that she was a rear
seat passenger of an automobile that was involved in an accident on 7/14/06. The
car was struck on the rear passenger side by another car.
  She denies any head trauma or loss of consciousness. The patient's past medical
history is significant for artritis and hypertension. She is unsure of her
medications.
  The patient was seen at an Emergency Room in Nyack, NY following the accident.
She is retired.
  The patient is complaining of right hand, rib and neck pain. The patient was
leaning on her hand on the window when the car was struck. Since the accident
the patient's symptoms have persisted.

  OBJECTIVE FINDINGS:

  Physical Exam revealed a 67 year-old female who was in some distress. Heart and
lungs were normal. Her abdominal exam was unremarkable.
  Musculoskeletal exam revealed tenderness and muscle spasm of the cervical spine.
Range of motion was markedly restricted to approximately 25% normal in all
directions. Right lateral rib tenderness with palpation was noted. She had
tenderness of the lateral right hand. The neurologic exam was unremarkable.

  DIAGNOSIS:

  Acute Cervical Spine Sprain and Strain.
  Right Hand Contusion.
  Contusion Right Ribs. Possible fracture.

  TREATMENT:

  The patient was advised to ice the affected areas.
  I asked her family to bring in her medications.
  She was referred for a course of physical therapy.
  The patient was advised to rest.
  X-rays will be obtained.

ACS                          :212-788-3952          Mar 14 20   11:36    P.14



Martin J. Kerzer, D.O.
857 Post Road
Warwick, RI 02888

Report Data
Patient: Antonia  Roman
Visit: 242542
Date: 08/22/06
Examiner: Martin Kerzer, D.O.


 The patient is here for a return visit. Currently, she is doing a
little better.

 Her physical exam revealed pain with palpation of the right upper arm and lower
arm and lateral right ribs.
 Her cervical spine ROM is a little better.


 She was advised to start physical therapy and was instructed in breathing
exercises. Carmen is present. She will be re-evaluated in 4 weeks.
 The patient was advised to call me if she has any problems.

ACS                          :212-788-3952         Mar 14 20   11:35    P.13



Martin J. Kerzer, D.O.
857 Post Road
Warwick, RI 02888

Report Data
Patient: Antonia  Roman
Visit: 248802
Date: 09/12/06
Examiner: Martin Kerzer, D.O.


 The patient is here for a re-evaluation with her son. Currently,
she is doing better and is showing improvement with the PT.

 Her physical exam revealed less tenderness  with improved range of motion of the
neck.
  Some right rib tenderness

 She was advised to continue with the physical therapy and increase the
strengthening exercises. She will be re-evaluated in 4 weeks.
 The patient was advised to call me if she has any problems.



Martin J. Kerzer, D.O.
857 Post Road
Warwick, RI 02888

```
Report Data
Patient        18028     Antonia Roman
Birthdate      11/02/18  Age 88 year-old  Sex F
Group MD       Martin Kerzer


1)  IMAGING    XRAYCSPINE *See detail              18028*1   O  08/08/06
    Detail for Test 18028*1
    Test#:      1
    Test Date:  08/08/06
    Name:       xraycspine
    Laboratory: IMAGING
    Ordered By: 1 Martin Kerzer
    Lab Order Dx Code #: None Given


    Test Data
    ---------
    Description:   *****FINAL REPORT*****



08/08/2006
PATIENT:
ANTONIA ROMAN

DOB:
11/02/1918

HOME:
(401) 946-1211

WORK:
401

MARTIN J KERZER, DO

857 POST ROAD

WARWICK, RI 02888



Dear MARTIN J KERZER, DO

08/08/2006
X-RAY C-SPINE W/ OBLIQUES

INDICATION: Pain, motor vehicle accident.

In evaluation of the cervical spine, diffuse osteopenia is present. There is no
plain film detection of fractures. The prevertebral soft tissues are intact. There
```

Record Lab    Test Name Result            Det    ST Date

is no evidence for a traumatic listhesis.

Moderate degenerative arthritis is noted including endplate sclerosis and bony osteophyte formation.

IMPRESSION:
Advanced osteopenia, without evidence for cervical spinal fractures.
Degenerative spondylosis.


08/08/2006 X-RAY HAND-RIGHT 3 VIEWS

INDICATION: Pain, motor vehicle accident.

Osteopenia is identified. There is significant degenerative arthritic changes noted of the first and second MCP, DIP and second PIP joints. The base of the thumb and the remaining DIP and PIP joints have moderate degree of degenerative arthritis. No acute fractures are detected.

IMPRESSION: Moderately advanced degenerative arthritis right hand, without evidence for acute fractures.


08/08/2006 X-RAY RIBS-RIGHT W/ CHEST

INDICATION: Pain, motor vehicle accident.

Osteopenia is present. There is cortical irregularity suggestive of a nondisplaced fracture of the 9th lateral right rib. Mild atelectasis is identified in the right basilar region, without significant effusion formation, evidence for a contusion or large effusion on PA view. The heart is normal in size. The lungs are clear of consolidation as well.

IMPRESSION: Nondisplaced fracture of the 9th lateral right rib with underlying right basilar atelectasis.

Thank you for your referral to The Imaging Institute


Electronically signed by:
TERRY P. PRINCE, M. D.



        ========

**



Family Medicine • Internal Medicine

857 POST ROAD • WARWICK, RHODE ISLAND 02888-3359
(401) 467-3115  Fax (401) 467-9120

Martin J. Kerzer, D.O.
Dennis D. Botelho, M.D.
David J. Frederiks, M.D.
Amy B. Berrol, P.A.-C.
Jan Berard, R.N.P.C.

## INITIAL PHYSICAL THERAPY REPORT

NAME: _____Antonia Rowan_____

DATE: _____3/22/06_____

DOCTOR: _____Martin Kerzer D.O._____

Pt. is a pleasant, well developed 88 y/o female who states she was involved in a MVA on 7/17/06 when the vehicle in which she was a passenger backseat was struck going door by another vehicle, impact of collision jolted her body, hitting L lat area into door, experienced neck L rib cage, L hand symps. Taken by Rescue Squad to WK ER (Nausea) XRay, Negative CAT Scan.

Range of Motion (Cervical) 70/80% all symp mild muscle spasm al transition L upp traps — Rotation L Shld dysrom. Tenderness Rotator L rib cage. Sensation Reflex intact.

Strength Cervical 6 — Goals, ↓ pain ↓ spasm ↑ ROM ↑ functional mobility, improve Rotator L shld ↑ strength. Pt will be seen 3x3w.

Patient will consist of modalities, electrical therapy, massage, L rib cage.

SIGNATURE: _____Robert Kerzer PT_____

Anthony Rowan                    Progress Notes

8/29/06  Pt. was treated in setting
mass/heat, edema/stiffness, cervical, w/right
@ rib cage, pt. tol. so well -

8/31/06  Pt. report @ change @ w/rib cage, w/
improving, c̄ treatment, pt. tol. so well

9/5/06  Pt. Armstrong slowly progress, @ from
cervical 85/90? attention @ w/rib cage, pt. tol.
so well;

9/10/06  Pt. was treated in setting
mass/heat, edema/stiffness, indicated pt. in
exercise cervical x 5. pt. tol. so well

9/19/06  from a.m., meds, Anthony C6 c̄
continue c̄ joint & program.

9/26/06  "my neck is better" received, done K̄
program

10/18/06  Pt. present @ appt w/ Anthony cervical.
Continue c̄ joint & program. received, done K̄ program.

**ASSOCIATES IN PRIMARY CARE MEDICINE, INC.**
Family Medicine • Internal Medicine

857 POST ROAD • WARWICK, RHODE ISLAND 02888-3359
(401) 467-3115  Fax (401) 467-9120

NAME: _Antonia Rowan_     DOCTOR: _Matia Kuera_     DX: _Cecnil Stsp/ Fx @nls_

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOT PACKS** | C D L (Rmb) | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | | | | | | |
| **INFRA RED** | C D L | | | | | | | | | | | | | | |
| **ULTRA SOUND** | C D L | | | | | | | | | | | | | | |
| **EGS** | C D L | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | c | | | | | | |
| **TRACTION** | C L | | | | | | | | | | | | | | |
| **WHIRLPOOL** | | | | | | | | | | | | | | | |
| **MASSAGE** | C D L | | | | | | | | | | | | | | |
| **PASSIVE EXERCISE** | C D L | | | | 4 | | | | | | | | | | |
| **ACTIVE EXERCISE** | C D L | | | | | | | | | | | | | | |
| **ACTIVE ASSIST. EXERCISE** | C D L | | | | | | ✓ | ✓ | | | | | | | |
| **STRENGTHENING EXERCISE** | C D L | | | | | ✓ | ✓ | ✓ | | ⌒ | | | | | |
| **SUPPLY** | | | | | | | | | | | | | | | |
| **MFR** | C D L | | ✓ | | | | | | | | | | | | |
| **ICE MASSAGE** | C D L | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | |
| **NOTES TAKEN** | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | | | | | | |
| **INITIALS** | | | | | | ON | | | | | | | | | |

COMMENTS: _____

_____

_____



A. LOUIS MARIORENZI, M.D.

LOUIS J. MARIORENZI, M.D.

GREGORY J. AUSTIN, M.D.

MICHAEL P. MARIORENZI, M.D.

CHRISTOPHER N. CHIHLAS, M.D.

KENNETH R. CATALLOZZI, M.D.

IRA J. SINGER, M.D.

SIDNEY P. MCKLAORE, M.D.

JOSEPH T. LIEBAR, M.D.

LISA K. HARRINGTON, M.D.

ORTHOPAEDIC
ASSOCIATES, INC.

JOINT REPLACEMENT SURGERY · HAND SURGERY · SPORTS
MEDICINE · FOOT AND ANKLE RECONSTRUCTION · FRACTURES ·
SOFT TISSUE INJURIES · OSTEOPOROSIS MANAGEMENT ·
ADULT RHEUMATOLOGY

November 5, 2006

D&D Associates—Hooper Evaluations
PO Box 9150
Garden City, NY 11530

RE:   Antonia Roman          Date of Evaluation: 10/31/06
      20 Kelley Street        Date of Injury: 7/14/06
      Providence, RI 02909    Claim#: 3635195202
                              DD#: 1002920

CHIEF COMPLAINT: Injury to the neck, right ribs and right arm.

HISTORY: This 87-year-old female was a passenger riding in the rear seat of a motor
vehicle which was struck on the passenger's side rear door. She states immediately after
the accident she was frightened and later was seen at a local hospital where she was
examined, x-rays taken and she was released. The accident occurred in New York. When
she returned to RI, she was seen by Dr. Kerzer and was treated with medication and PT
which at the present time, has been discontinued.

At the time of this evaluation she complains of some pain in the right arm. She complains
of pain in the cervical area with some discomfort in the intrascapular region on the right
side. She states for these complaints she takes medication but the name of which she does
not know. She is not clear whether or not if she remains under Dr. Kerzer's care and may
have been discharged.

PHYSICAL EXAMINATION: Alert cooperative female. NAD. Exam of the head
revealed it to be symmetrical. Neck revealed a normal cervical lordotic curvature. There
was no tenderness or spasm of the paracervical muscles. Flexion, extension, lateral bends
and rotatory motion were normal in range. Compression Test was negative. Intrascapular
tenderness was absent and scapulothoracic motion was normal. Exam of the thoracic rib
cage revealed good expansion with inspiration/expiration. Compression of the chest in
the AP and lateral plane was not associated with any pain or discomfort and no localized
areas of point tenderness throughout the thoracic rib cage on the right or left side were
noted to be present. Exam of the right upper extremity was normal. Exam of the right

725 RESERVOIR AVENUE, SUITE 101   ·   CRANSTON, RHODE ISLAND 02910   ·   TEL. 401-944-5800   FAX  401-944-1342
2138 MENDON ROAD, SUITE 302   ·   CUMBERLAND, RHODE ISLAND 02864   ·   TEL. 401-334-1060   FAX  401-334-1065
WWW.ORTHOPAEDICASSOCIATES.NET



RE: Antonia Roma
Date of Evaluation: 10/31/06
Page II

hand revealed arthritic changes involving all joints of the hand with specific involvement
of the MP joint of the index and middle finger with some changes involving the CMC
joint of the hand manifested by bulbous thickening, restricted motion, grating and
crepitation. Circulation and sensory exam were noted to be normal.

X-RAYS: No x-rays were taken at the time of this evaluation. The patient did bring to
the office with her x-rays of the cervical spine showing evidence of degenerative
spondylosis throughout the cervical area, moderate in degree with some osteophytic spur
formation. There is no evidence of fractures or acute injuries. X-rays of the right hand
reveal moderate degenerative arthritic changes involving the MP joint of the index and
middle finger involving the PIP and DIP joints of the thumb with some generalized
arthritic changes in the other digits. X-rays of the right rib cage show a non-displaced
fracture of the ninth rib and x-rays of the chest reveal a right basilar atelectasis. All of
these x-rays were dated 8/8/06.

IMPRESSION: 1) Cervical strain with full recovery.
             2) Contusion right hand with full recovery.
             3) Undisplaced fracture ninth rib right side with full recovery.

DISCUSSION: This patient as a result of the above stated MVA, suffered the injuries as
stated above. At the time of this evaluation, her physical findings are WNL with no
evidence of any residual soft tissue injuries to the above stated areas and her clinical
evaluation would indicate that the non-displaced rib fracture at this time has healed.

It is my opinion that from these injuries, she has at this time, made a full and complete
recovery. She has reached MMI and from these injuries no functional impairment has
resulted. It is also my opinion that further treatment to cure or rehabilitate her from these
injuries is not indicated.

PROGNOSIS: The patient's prognosis is good. MMI with no PPI has resulted.



12-13-06

R C'D

RE: Antonia Roma
Date of Evaluation: 10/31/06
Page III

ABILITY TO WORK· The patient presently should be capable of resuming full and normal activity consistent with her age.

CAUSAL RELATIONSHIP: The above stated injuries appear to have resulted from the MVA as indicated by the history given to me by the patient.

The above statements were made to within a reasonable degree of medical certainty.

I declare under the penalties of perjury, that the information contained within this document was prepared and is the work produce of the undersigned and is true to the best of my knowledge and information.

Sincerely,

A. Louis Mariorenzi, M.D.
RI License# 3252

ALM/hmn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTONIA ROMAN,

                      Plaintiff,

     -against-

GRETCHEN P. CAMPBELL,

                    Defendant.

-------------------------------------------------------------------X

Case No.: 07 CIV 8055
(CLB)

**AFFIRMATION OF SERVICE**

**STATE OF NEW YORK**     )
                             ):SS.:
**COUNTY OF WESTCHESTER**   )

     **VINCENT P. MOLLICONE**, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Putnam County.

     On November 29, 2007, deponent served the within **AFFIRMATION IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT**, upon the following attorneys in this action, at the addresses indicted below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   Vlock & Associates, P.C.
        230 Park Avenue
        New York, New York 10169

                                  **VINCENT P. MOLLICONE**

Sworn to before me on this
November 29, 2007

YOZETH SMITH
Notary Public, State of New York
No. 01SM6070889
Qualified in **Westchester** County
Commission Expires **March 11, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 07 CIV 8055  (CLB) (GAY)

---

ANTONIA ROMAN,

                             Plaintiff,

      - against -

GRETCHEN P. CAMPBELL,

                             Defendant.

---

## AFFIRMATION IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT

---

**BURATTI, KAPLAN, McCARTHY & McCARTHY**
**ATTORNEYS AND COUNSELORS AT LAW**
**ATTORNEYS FOR DEFENDANT**
**ONE EXECUTIVE BOULEVARD, SUITE 280**
**YONKERS, NEW YORK  10701**
**(914) 378-3900**