Fax sent by : 2126612153  230 PARK, SUITE 2525  01-15-08 17:31  Pg: 3/3
Case 7:07-cv-08055-CLB-GAY   Document 11   Filed 01/23/2008   Page 1 of 2
Received: Jan 15 2008 04:40pm

01/15/2008 14:37 FAX 914 375 4168   BURATTI KAPLAN McCARTHY   ☒002/002

*OH*

*Brieant J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ANTONIA ROMAN,

                     Plaintiff,

    -against-

GRETCHEN P. CAMPBELL,

                     Defendants.
----------------------------------X

Case No. 07 CV 8055
(CLB)(GAY)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** *& ORDER*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the respective attorneys for all the parties to the above entitled action, the same hereby is discontinued with prejudice and without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

A telecopier facsimile of this Stipulation and the signatures hereupon shall be deemed original for all purposes.

Dated:    New York, New York
             January 15, 2008

VLOCK & ASSOCIATES, P.C.
Attorneys for Plaintiff
230 Park Avenue
New York, New York 10169
(212) 557-0020
By: Steven Giordano, Esq. (SG 8328)

Buratti, Kaplan, McCarthy & McCarthy
Attorneys for Defendant
One Executive Boulevard, Suite 280
Yonkers, New York 10701
(914) 378-3900
By: Philip Aglietti, Esq. (PhA 701)

*So Ordered*

*Charles Brieant*
USDJ 1-22-08

# VLOCK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169-0199

TEL: (212) 557-0020
FAX: (212) 557-7283

January 15, 2008

VIA FAX

Magistrate Judge George A. Yanthis
United States Courthouse
300 Quarropas Street, Room 118
White Plains, New York 10601

       Re: Antonia Roman v. Gretchen Campbell
       Case No. 07 cv 8055 (CLB)(GAY)

Dear Magistrate Judge Yanthis:

My office represents the Plaintiff, Antonia Roman, in the above-referenced matter, which has been settled. Thus, the Inquest Hearing scheduled for January 31, 2008 is now moot.

Attached please find a copy of the Stipulation of Discontinuance with Prejudice, which is executed by counsel for all sides. As discussed today with Your Courtroom Deputy, Donna Hilbert, the insurance carrier for the Defendant will release the settlement proceeds only when Your Honor So-Orders the said Stipulation of Discontinuance. Notwithstanding, my client has already executed a Full Release even though we have not yet received the settlement funds of $32,000.00. Accordingly, kindly So-Order the attached Stipulation at your earliest convenience so that I may forward the same to the insurance carrier and obtain the settlement funds for my client.

Thank you very much for your consideration in this matter.

       Very truly yours,

       Steven Giordano

Enc.

cc: Philip Aglietti, Esq.